# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

GUAVA LLC,

    Plaintiff,

v.

JOHN DOE,

    Defendant.

CASE NO. 0:13-cv-00318

Judge: Hon. Ann D. Montgomery

Magistrate Judge: Hon. Tony N. Leung

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

Plaintiff Guava LLC does not have a parent corporation. No publicly held company owns 10% or more of Plaintiff's stock.

Respectfully submitted,

Guava LLC

DATED: February 18, 2013

By:    s/ Michael K. Dugas
        Michael K. Dugas
        Bar No. 0392158
        Attorney for Plaintiff
        40 South 7th Street
        Suite 212 – 307
        Minneapolis, MN 55402
        Telephone: (888) 588-9473
        mkdugas@livewireholdings.com